FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*3:55 pm, May 20, 2026*
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

Michael S. Freeman II _____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
_X_ Yes ___ No

JENA M. GRISWOLD, in her official capacity as Secretary of State of Colorado and her Individual Capacity;
CHERYL M. HAMMACK, in her official capacity as a Boards and Commissions Program Assistant of the Elections Division of the Colorado Secretary of State's Office and her Individual Capacity;
PHILIP J. WEISER, in his official capacity as Attorney General of Colorado and his Individual Capacity;
JARED S. POLIS, in his official capacity as Governor of the State of Colorado and his Individual Capacity;
STATE OF COLORADO,
TODD W. BLANCHE, in his official capacity as Acting Attorney General of the United States and his Individual Capacity,
SUSAN L. WILES, in her official capacity as Chief of Staff of the White House and her Individual Capacity;
DONALD J. TRUMP, in his official capacity working within the Government of the United States and his Individual Capacity,
UNITED STATES OF AMERICA,
BENJAMIN NETANYAHU, in his official capacity as President of Israel and the United States and Individual Capacity,
STATE OF ISRAEL,
Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**EMERGENCY INJUNCTION REQUEST, COMPLAINT, AND JURY DEMAND**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

MICHAEL S. FREEMAN, II, P.O. Box 16005, Colorado Springs, CO 80935
(Name and complete mailing address)

(719) 484-9050
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    JENA M. GRISWOLD, 1700 Broadway, Suite 550, Denver, CO 80290
(Name and complete mailing address)

1-855-428-3555,   jena.griswold@state.co.us
(Telephone number and e-mail address if known)

Defendant 2:    CHERYL M. HAMMACK, 1700 Broadway, Suite 550, Denver, CO 80290
(Name and complete mailing address)

303.894.2200 x6328, cheryl.hammack@coloradosos.gov
(Telephone number and e-mail address if known)

Defendant 3:    PHILIP J. WEISER, 1300 N Broadway, #10 Denver, CO 80203
(Name and complete mailing address)

720-508-6000, PJWeiser@coag.gov
(Telephone number and e-mail address if known)

2

Defendant 4:    JARED S. POLIS, 200 E. Colfax Ave., Denver, CO 80203
(Name and complete mailing address)

(303) 866-2604, governorpolis@state.co.us
(Telephone number and e-mail address if known)

Defendant 5:    STATE OF COLORADO, 200 E. Colfax Ave., Denver, CO 80203
(Name and complete mailing address)

(303) 866-2604, governorpolis@state.co.us
(Telephone number and e-mail address if known)

Defendant 6:    TODD W. BLANCHE, 950 Pennsylvania Avenue, NW Washington, DC

20530-0001
(Name and complete mailing address)

202-514-2000,    todd.blanche@usdoj.gov
(Telephone number and e-mail address if known)

Defendant 7:    SUSAN L. WILES,   1600 Pennsylvania Ave NW, Washington, DC 20500
(Name and complete mailing address)

(202) 456-7041, susan.wiles@who.eop.gov
(Telephone number and e-mail address if known)

Defendant 8:    DONALD J. TRUMP,   1600 Pennsylvania Ave NW, Washington, DC 20500
(Name and complete mailing address)

(202) 456-7041, UNK
(Telephone number and e-mail address if known)

Defendant 9:    UNITED STATES OF AMERICA, Room H154, The Capitol, Washington,
DC 20515-6601
(Name and complete mailing address)

(202) 225-7000,  Kevin.McCumber@mail.house.gov
(Telephone number and e-mail address if known)

Defendant 10:    BENJAMIN NETANYAHU, 3 Kaplan St. HaKirya, Jerusalem 9195017
(Name and complete mailing address)

03-6109898,    bnetanyahu@knesset.gov.il
(Telephone number and e-mail address if known)

Defendant 11:  ___STATE OF ISRAEL, P.O.B 49029, Jerusalem, 9149001___
               (Name and complete mailing address)

               ___+972-73-3928262/1, DIA@justice.gov.il___
               (Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

  First, Fifth, Ninth, Fourteenth, and Fifteenth Amendments of the U.S. Constitution,

  Enforcement Act of 1870

__X__ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___Colorado___.

If Defendant 1 is an individual, Defendant 1 is a citizen of ___United States___.

Defendants 6-11 are not citizens of the State of Colorado

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page*

4

*providing the same information for each additional defendant.)*

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    INJUNCTION AGAINST DEFENDANTS GRISWOLD, WEISER, AND HAMMACK – OBSTRUCTION OF BALLOT INITIATIVE

Supporting facts: Please see attached Complaint.

CLAIM TWO:    INJUNCTION AGAINST DEFENDANTS GRISWOLD AND WEISER – UNLAWFUL ELECTION PROCEDURES

Supporting facts: Please see attached Complaint.

CLAIM THREE:    INJUNCTION AGAINST DEFENDANTS BLANCHE, WILES, AND TRUMP – OBSTRUCTION OF FEDERAL INVESTIGATIONS INTO ELECTION CRIMES

Supporting facts: Please see attached Complaint.

CLAIM FOUR:    INJUNCTION AGAINST DEFENDANTS THE STATE OF COLORADO, THE UNITED STATES, NETANYAHU, AND THE STATE OF ISRAEL – TREASON, BRIBERY, AND UNLAWFUL INFLUENCING OPERATIONS

Supporting facts: Please see attached Complaint.

CLAIM FIVE:    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW CLAIM AGAINST HAMMACK, GRISWOLD, WEISER & POLIS (STATE OF COLORADO)

Supporting facts: Please see attached Complaint.

CLAIM SIX:    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW CLAIM AGAINST BLANCHE, WILES, AND TRUMP (UNITED STATES)

Supporting facts: Please see attached Complaint.

CLAIM SEVEN:    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW CLAIM AGAINST THE STATE OF COLORADO, THE UNITED STATES, NETANYAHU, AND THE STATE OF ISRAEL

Supporting facts: Please see attached Complaint.


**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Please see attached Complaint.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)


____5/20/2026_____
(Date)


(Revised February 2022)

6